# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN SPERLING, an individual; individually and on behalf of all others similarly situated,<br><br>        PLAINTIFFS,<br>   v.<br>STEIN MART, INC.,<br><br>        DEFENDANT.<br><br>JERRED SCHUH,<br><br>        PLAINTIFF,<br>   v.<br>STEIN MART, INC.,<br><br>        DEFENDANT. | No. 5:15-cv-01411-BRO-KK,<br>No. 5:17-cv-00159-BRO-KK<br><br>ORDER GRANTING JOINT MOTION TO PERMIT FILING OF CONSOLIDATED AMENDED COMPLAINT, AND TO MODIFY CASE MANAGEMENT SCHEDULE BY THREE MONTHS<br><br>Judge: Beverly Reid O'Connell<br>Mag. Judge: Kenly Kiya Kato |

On April 5, 2017, the parties jointly submitted a Joint Motion to Permit Filing of Consolidated Amended Complaint, and to Modify Case Management Schedule by Three Months. There being good cause for the request, IT IS HEREBY ORDERED that Plaintiffs are granted leave to file the Consolidated Amended Complaint (attached to the Parties' Joint Motion as Exhibit A) in *Sperling v. Stein Mart*, *Inc.*, No. 5:15-cv-01411-BRO-KK. It is further ordered that *Schuh v. Stein Mart, Inc.,* No. 5:17-cv-00159-BRO-KK, is dismissed, and that the deadlines currently set in *Sperling* are continued as follows:

| Event | Current | Proposed |
|---|---|---|
| **Motion for Class Certification due** | N/A (Previously 1/9/17) | **9/11/17** |
| **Opposition due** | N/A | **10/9/17** |
| **Reply due** | N/A | **10/23/17** |
| **Class Certification hearing** | 8/28/17 | **11/6/17** |
| **Discovery cut-off** | 9/4/2017 | **12/11/17** |
| **Last day for hearing motions** | 9/11/2017 | **12/18/17** |
| **Last date to file Joint Report re ADR proceeding** | 9/25/2017 | **1/1/18** |
| **Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit & Witness Lists; Exchange deposition designations** | 10/2/2017 | **1/15/18** |
| **Motions in Limine to be filed** | 10/2/2017 | **1/8/18** |
| **Pretrial Conference; Proposed Voir Dire Q.s. Lodged; file Agreed-to Statement of Case; File Agreed Verdict Forms; Exchange** | 10/16/2017 | **1/29/18** |

| objections/response to deposition designations | | |
|---|---|---|
| **Joint jury instructions** | 10/23/2017 | **2/5/18** |
| **Hearing on Motions in Limine** | 10/30/2017 | **2/5/18** |
| **File Joint Deposition Designation Submission and lodge pertinent depositions transcript** | 11/01/2017 | **2/14/18** |
| **Hearing on Disputed Jury Instructions** | 11/6/2017 | **2/12/18** |
| **Trial (jury)** | 11/14/17 | **2/27/18** |

IT IS SO ORDERED.

DATED: April 13, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge